## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MISTY JOLENE TOOHEY,**

      **Plaintiff,**

   **v.**                           **Civil Action 2:20-cv-02555**
                                     **Chief Judge Algenon L. Marbley**
                                     **Magistrate Judge Chelsey M. Vascura**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

### ORDER

The parties' Joint Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award to Plaintiff of attorneys' fees in the amount of $4,500.00, and no costs, is **GRANTED**.  (ECF No. 23.)  Accordingly, Plaintiff is **AWARDED** attorneys' fees in the amount of **$4,500.00**.  Counsel for the parties shall verify whether Plaintiff owes a pre-existing debt to the United States that is subject to offset. *See Astrue v. Ratliff,* 560 U.S. 586, 597–98 (2010).  If Plaintiff does not owe a debt to the United States, the Government shall pay Plaintiff's EAJA fees directly to her counsel.

In light of the foregoing, the Plaintiff's previous Motion for Attorney Fees (ECF Nos. 20-21) and the Government's Motion for Extension of Time to Respond (ECF No. 22) are **DENIED** as **MOOT**.

   **IT IS SO ORDERED.**

                                    _____
                                    **ALGENON L. MARBLEY**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: August 17, 2021**